JANSEN, administrator of JANSEN, <i>against</i> TAPPEN.

An affidavit for a reference should state that issue is joined.

E. WILLIAMS, for the defendant, moved for a reference in this cause.

*E. Cowen*, contra, objected that it did not appear from the affidavit on which the motion was founded, that issue had been joined in the cause ; and, for this reason,

Motion denied.